Case: 11-1197, Document: 8, Filed: 06/02/2011 Page 1 of 2

GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Zyen, LLC and
Manzen, LLC d/b/a Xyience, Appellees

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JUN 2 2011

FILED ________
DOCKETED 06/02/11 v.j.b.
DATE INITIAL

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Bankruptcy Appellate Panel (BAP)<br>Case No: 11-1197<br><br>Case No.: BK-S-08-10474-MKN<br><br>Chapter 11 |
| RICHARD E. BERGERON, III, an individual<br><br>Appellant,<br>v.<br><br>ZYEN, LLC, a Nevada limited liability company, and MANZEN, LLC d/b/a XYIENCE, a Nevada limited liability company,<br><br>Appellees. | |

**STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT INSTEAD OF BANKRUPTCY APPELLATE PANEL PURSUANT TO 28 U.S.C. § 158(c)(1)(B)**

Pursuant to 28 U.S.C. § 158(c)(1)(B), Rule 8001(e) of the Federal Rules of Bankruptcy Procedure, and Rule 8001 of the Local Bankruptcy Rules for the U.S. Bankruptcy Court for the District of Nevada, Zyen, LLC, and Manzen, LLC d/b/a Xyience (together, the "Appellees"), by and through their counsel, the law firm of Gordon Silver, hereby elect to have the appeal of the

Case: 11-1197, Document: 8, Filed: 06/02/2011 Page 2 of 2

Order Enjoining Interference with Implementation of Plan of Reorganization [ECF No. 619], entered in the above-captioned bankruptcy case, which is the subject of the Notice of Appeal [ECF No. 622], heard by the U.S. District Court for the District of Nevada, rather than by the U.S. Bankruptcy Appellate Panel for the Ninth Circuit.

DATED this 24th day of May, 2011.

GORDON SILVER

By: /s/ Gregory E. Garman
GREGORY E. GARMAN, ESQ.
Attorneys for Zyen, LLC and
Manzen, LLC d/b/a Xyience, Appellees





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555